M. P. No. 75-276. RALPH DiMASI *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ may issue forthwith. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-281. TOWN OF EAST GREENWICH *et al. v.* WILLIAM P. DAY *et ux.* Petition for writ of certiorari is granted, and the writ may issue forthwith without prejudice to the right of the respondents to reiterate their argument regarding the standing of petitioners under *Hassell* v. *Zoning Board of Review,* 108 R. I. 349, 275 A.2d 646 (1971) in their brief and in oral argument. *Bradford Gorham,* for petitioners. *F. Thomas O'Halloran,* for respondents.

M. P. No. 75-288. PAUL J. JENNINGS v. JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus denied. *Bernard C. Gladstone,* for petitioner. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for respondent.

M. P. No. 75-290. STATE *v.* EUGENE S. FOUNTAIN *et al.* Motion of respondent for extension of time to respond to the show cause order is granted. *Julius C .Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *Raymond J. Daniels,* for defendant-petitioners.

M. P. No. 75-301. TOWN OF NORTH KINGSTOWN *v.* WARREN H. ASHLEY *et al. v.* PLANTATIONS STEEL COMPANY *et al. v.* ONDERDONK AND LATHROP ASSOCIATES, INC. Petition for writ of certiorari is granted, and the writ may issue forthwith wthout prejudice to the right of respondents to raise the question of whether the writ was improvidently issued. *Higgins & Slattery, John A. Baglini,* for petitioner Nils Johnson, Inc. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for respondent-third party defendant Plantations Steel Company.